UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERMAN CHAPMAN | : | 3:19-cv-01887 |
| VS. | : | |
| LEE FARLEY AND THOMAS MACARY | : | DECEMBER 23, 2019 |

## MOTION TO REMAND TO SUPERIOR COURT

The Defendants, Lee Farley and Thomas Macary, pursuant to Local Rule 7(b)(2) and for good cause shown, hereby move this Court to remand this case back to the State of Connecticut Superior Court, Judicial District of Waterbury at Waterbury, Docket number UWY CV 19 6051500 S.

Counsel for the Plaintiff has reported to defense counsel that there will be no claims of violations of the Plaintiff's constitutional rights under the Fourth and Fourteenth Amendment of the United States Constitution and Title 42 of the United States Code Section 1983 and 28 USC §1331, 1343(3) and 1367a. Therefore, this Court does not have subject matter jurisdiction.

Counsel for the Plaintiff has no objection to the granting of this motion.

**WHEREFORE,** the Defendants respectfully request that the above action be remanded back to the Superior Court of the State of Connecticut, in the Judicial District of Waterbury at Waterbury.

- 2 -

        DEFENDANTS, LEE FARLEY AND
        THOMAS MACARY

        BY:  /s/ Joseph A. Mengacci
        Joseph A. Mengacci, Special Counsel
        Federal Bar Number: ct05394
        Office of Corporation Counsel
        235 Grand Street, 3rd Floor
        Waterbury, Connecticut 06702
        Phone: (203) 574-6731
        Fax: (203) 574-8340
        jmengacci@waterburyct.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the above date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        BY:  /s/ Joseph A. Mengacci
        Joseph A. Mengacci, Special Counsel

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\Chapman, Herman v Farley, Lee & Officer Macary L19-035\PLEADINGS\Motion to Remand to Sup Crt.doc